# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeff Seipel and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the  Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Cindy Ecklund, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,

          Plaintiffs,

vs.

Diversified Contractors, Inc. and Diversified Contracting, Inc.,

          Defendants.

Civil No. 07-3542 (RHK/JSM)

**ORDER OF DISMISSAL**

     Pursuant to the parties' Stipulation (Doc. No. 25), **IT IS ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 21, 2008

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge